IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL DARROUGH                                                                                                PLAINTIFF

v.                                            NO. 4:18CV00113 JLH

MARK GOBER                                                                                                   DEFENDANT

## ORDER OF DISMISSAL

The Court was informed on the second day of trial that a settlement has been reached in this matter.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 26th day of February, 2019.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE